Demont Crosby
PROB 12C
(6/96)

*United States District Court*

for

**WESTERN DISTRICT OF TEXAS - WACO**

**FILED**

May 13, 2026
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____ MC _____
                    DEPUTY

*Petition for Warrant for Offender Under Supervision*

Name of Offender: **Demont Crosby**

Case Number: **6:18-CR-00068(5)- ADA**

Name of Sentencing Judicial Officer: **United States District Judge Alan D. Albright**

Date of Original Sentence: **October 11, 2018**

Original Offense: **21 U.S.C. § 846 {21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C)} – Conspiracy to Distribute Methamphetamine, A Schedule II Controlled Substance**

Original Sentence: **77 months custody, four (4) years supervised release, $100.00 special assessment (paid in full); $1,000.00 fine ($105.18 paid), and comply with mandatory, standard, and if applicable, the special conditions of supervised release.**

Type of Supervision: **Supervised Release**   Date Supervision Commenced: **December 8, 2023**

Maximum Term of Imprisonment Upon Revocation: **Two (2) years**

Assistant United States Attorney: **Mary F. Kucera**

Defense Attorney: **J. R. Vicha Jr.**

**PREVIOUS COURT ACTION**

On September 19, 2025, Probation Form 12A filed due to positive urine specimen. On May 21, 2025, Probation Form 12A filed due to failing to pay court ordered fees in a timely manner. On February 10, 2025, Probation Form 12A filed due to positive urine specimen.

**PETITIONING THE COURT**

[X] To issue a warrant                    [] To issue a summons

Demont Crosby

The probation officer believes that the offender has violated the following condition(s) of supervision:

**Violation Number 1:** The defendant violated mandatory condition number 2; in that, on or about January 3, 2025, the defendant submitted a urine specimen which tested positive for methamphetamine. The specimen tested positive through laboratory analysis.

**Factual Basis:** The specimen tested positive through laboratory analysis. On January 23, 2025, Mr. Crosby denied using methamphetamine. On February 4, 2025, the specimen was confirmed positive for methamphetamine through testing at the national laboratory.

**Violation Number 2:** The defendant violated mandatory condition number 7; in that, on or about October 11, 2018, Demont Crosby was ordered to pay a fine in the amount of $1,000. During the months of February 2024 through May 2026, he has failed to pay the fine as ordered by the Court.

**Factual Basis:** The payment history from the U.S District Clerk's office shows that Mr. Crosby has paid a total of $105.18.

**Violation Number 3:** The defendant violated mandatory condition number 1; in that, on or about April 5, 2026, in Madisonville, Texas, Demont Crosby knowingly manufactured, delivered, or possessed with intent to deliver between four grams and 200 grams of a Penalty Group 1 substance in violation of Texas Health and Safety code § 481.112(d), Manufacture or Delivery of a Controlled Substance, a first-degree felony.

**Violation Number 4:** The defendant violated mandatory condition number 1; in that, on or about April 5, 2026, in Madisonville, Texas, Demont Crosby did alter, destroy, or conceal any record, document, or thing with intent to impair its verity, legibility, or availability as evidence in any subsequent investigation of or official proceeding in violation of Texas Penal code § 37.09 (d)(1), Tampering with or Fabricating Physical Evidence, a third-degree felony.

**Violation Number 5:** The defendant violated mandatory condition number 1; in that, on or about April 5, 2026, in Madisonville, Texas, Demont Crosby knowingly manufactured, delivered, or possessed with intent to deliver between one gram and four grams of a Penalty Group 1 substance in violation of Texas Health and Safety code § 481.112(c), Manufacture or Delivery of a Controlled Substance, a second-degree felony.

**Violation Number 6:** The defendant violated mandatory condition number 1; in that, on or about April 5, 2026, in Madisonville, Texas, Demont Crosby intentionally fled from a person he knew was a peace officer attempting to lawfully to arrest or detain him in violation of Texas Penal Code 38.04(b)(1)(A), Evading Arrest/Detention with Previous Conviction, a State Jail Felony.

Demont Crosby

**Factual Basis:** According to the offense report, on April 5, 2026, Madisonville Police observed a Chevrolet sedan failing to signal 100 feet prior to turning at an intersection. The vehicle pulled into 305 Mary St. in an attempt to elude the police. The officer made contact with the driver who stated his name was Demont Crosby. The officer noticed Crosby acting nervous as the officer identified himself. The officer instructed Crosby to step out of the vehicle and walk to the front of his patrol car to pat him down for a weapon. The officer started to pat Crosby down when he pushed away from the patrol vehicle and started to run. The officer gave multiple commands to Crosby to stop. The officer deployed his standard issue taser hitting Crosby in the back and top of his leg. The officer advised Crosby to place his hands behind his back, and he complied. A search of his person was conducted, and a green plastic egg with suspected crack cocaine wrapped in a clear bag, a small purple container with a brown wooden lid with suspected methamphetamine wrapped in plastic baggie, and suspected K-2 was found.

Approved by:

Darren Porter
Supervising U.S. Probation Officer
Date: May 12, 2026

Respectfully Submitted,

James F. Beaver
Senior U.S. Probation Officer
Date: May 12, 2026

THE COURT ORDERS:

___ No Action

✓ Issuance of a warrant.

___ Issuance of a summons.

___ Other _____

Derek T. Gilliland
U.S. Magistrate Judge

05/13/2026

Date